Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

Exhibit A

**STATE OF MICHIGAN JUDICIAL DISTRICT** | **AFFIDAVIT AND CLAIM Small Claims** | **CASE NO.** 1209348 SC

Court address: 8TH District court 150 E. Crosstown Kalamazoo, MI 49001    Court telephone no.

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Larry Cruse
   Address: 8510 Stadium Dr
   City, state, zip: Kalamazoo, MI 49009
   Telephone no.

2. Defendant: Donna Flynt
   Address: 6035 Parkland Blvd
   City, state, zip: Cleveland, OH 44124
   Telephone no.

**NOTICE OF HEARING**
For Court Use Only

The plaintiff and the defendant must be in court on
Day: Thursday  Date: August 16, 2012
at Time: 2:00 pm at ☒ the court address above.
☐ Location: Court Q

Process server's name _____  Fee paid: $_____

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other _____

6. The defendant is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other _____

7. The date(s) the claim arose are Aug 6, 2009
   Attach separate sheets if necessary

8. Amount of money claimed is $ 3000 — (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are when your company terminated me, you committed the act of breach of contract.

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☒ I do not know whether the defendant is in the military service. ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: L.J. Cruse

Subscribed and sworn to before me on 07-03-12, _____ County, Michigan.

My commission expires: _____  Signature: Cindy _____
Date                                  Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 10-2-12.
Expiration date

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims    MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT

| Approved, SCAO | | | Original - Court (with Instructions)<br>1st copy - Defendant (with Instructions)<br>2nd copy - Plaintiff (with Instructions)<br>3rd copy - Return (with proof of service) |
|---|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT | | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO.<br>1209512 SC |

Court address 8TH District Court 150 E. Crosstown Kalamazoo MI 49001     Court telephone no.

See Instructions on the back of plaintiff and defendant copies.

1. **Plaintiff:** Larry Cruse
   **Address:** 8510 Stadium Dr
   **City, state, zip:** Kalamazoo, MI 49009    **Telephone no.:** 269-375-9296

2. **Defendant:** Andy Ross
   **Address:** 6035 Parkland Blvd
   **City, state, zip:** Cleveland, OH 44124    **Telephone no.:**

**NOTICE OF HEARING**
For Court Use Only
The plaintiff and the defendant must be in court on
Day: Thursday  Date: 8/16/12
at Time: 9:30 AM at ☒ the court address above.
☐ Location: Courtroom G
Process server's name _____  Fee paid: $_____

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

6. The defendant is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

7. The date(s) the claim arose are Aug 6, 2009
   Attach separate sheets if necessary

8. Amount of money claimed is $ 3,000.00    (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are when your company terminated me, you committed the act of breach of contract.

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☒ I do not know whether the defendant is in the military service. ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: L.J. Cruse

Subscribed and sworn to before me on 6/21/12 _____ County, Michigan.

My commission expires: _____  Signature: _____ Deputy clerk/Notary public
   Date

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 9/20/12.
   Expiration date

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims     MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521
                                       DEFENDANT

Exhibit A

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

| STATE OF MICHIGAN JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 1209536 SC |

Court address: 8TH District Court 150 E. Crosstown Kalamazoo, MI 49001
Court telephone no.

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Larry J Cruse
   Address: 8510 Stadium Dr
   City, state, zip: Kalamazoo, MI 49009
   Telephone no.: 269 375-9296

2. Defendant: Pam Brady
   (work) Address: 2220 Palmer Ave
   City, state, zip: Kalamazoo, MI 49001

**NOTICE OF HEARING** (For Court Use Only)

The plaintiff and the defendant must be in court on
Day: Thursday  Date: 8/16/12
at Time: 10:30 am at ☑ the court address above.
☐ Location: Courtroom Q
Process server's name: _____ Fee paid: $____

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☑ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

6. The defendant is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

7. The date(s) the claim arose are: Aug 6, 2009

8. Amount of money claimed is $ 3,000.00 (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are When you terminated me, you committed the act of breach of contract.

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is ☐ is not mentally competent. I believe the defendant ☑ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☑ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: J.L. Cruse

Subscribed and sworn to before me on 6/27/12, _____ County, Michigan.

My commission expires: ___ Date
Signature: _____ Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 9/26/12
Expiration date

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT